■ In the Matter of ARIANA Y., a Person Alleged to be a Juvenile Delinquent, Appellant. [17 NYS3d 854]—Order, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about June 4, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that she committed acts that, if committed by an adult, would constitute the crimes of assault in the second and third degrees and menacing in the third degree, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence supported a finding that appellant was no mere onlooker, but an intentional participant in the offenses (see Penal Law § 20.00). Concur—Gonzalez, P.J., Mazzarelli, Richter and Manzanet-Daniels, JJ.